IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| | : | |
| **v.** | : | **Case Nos. JKB-19-0397** |
| | : | |
| **Eam Peng Chou,** | : | |
| | : | |
| **Defendant** | : | |

**DECLARATION OF BRANDI L. MCLAUGHLIN, Esq.**

I, Brandi L. McLaughlin, affirm under oath that the following is true to the best of my knowledge and belief:

1. I am an attorney, admitted as pro hac vice in the above captioned matter. I am counsel for Mr. Chou in this case, along with Joel D. Schwartz, an attorney practicing in the U.S. District Court of Maryland.

2. On June 26th, 2020, Mr. Chou executed a plea agreement with the U.S. Attorney's Office for the District of Maryland.

3. Mr. Chou is out of custody and resides in Philadelphia, Pennsylvania.

4. Mr. Chou has told me that he wishes to conduct his change of plea hearing via advanced technology given the current COVID-19 pandemic.

5. I have discussed with Mr. Chou the issue of waiving his physical presence in the courtroom. After being advised of his right to not have the change of plea hearing proceed without his physical presence in the courtroom, Mr. Chou has informed me that he is willing to waive his presence in the courtroom.

6. Mr. Chou has further told me that this presence is to appear by video conferencing. Mr. Chou will require a Cambodian interpreter for the hearing.

Date: 7/15/20        *Brandi L McLaughlin*

  Brandi L. McLaughlin, Esq.

  Counsel for Eam Chou